and *Donald E. Williams,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Robinson, Appellant.

Submitted March 17, 1975. *Douglas Riblet* and *John W. Packel,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *Harry M. Spaeth, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Robinson, Appellant.

Submitted March 17, 1975. *John Robinson, Jr.,* in propria persona, and *Calvin S. Drayer, Jr.,* Assistant Public Defender, for appellant; No appearance entered nor brief submitted for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Rohland, Appellant.

Submitted March 17, 1975. *Gerald F. Roh-*